| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | PAUL A. HEMESATH |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

**FILED**

JUN 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:13-MJ-0189 DAD

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA CRIMINAL COMPLAINTS FOR: SEVERO JIMENEZ; EDGAR ROBERTO AGUILAR; JUAN NUNEZ; FERNANDO RIVERA RAMIREZ; TOMAS GARCIA; LUIS GUZMAN; CRISTINA MARTINEZ

AND

SEARCH WARRANTS FOR: 449 REIS AVE, VALLEJO, CALIFORNIA; 841 GRANT STREET, APT #2, VALLEJO, CALIFORNIA; 293 DRIFTWOOD, LOS BANOS, CALIFORNIA; 1725 PETALUMA HILL ROAD, SANTA ROSA, CALIFORNIA

CASE NO. DAD

[~~PROPOSED~~] ORDER RE: REQUEST TO SEAL DOCUMENTS

Upon request of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrants, arrest warrants, criminal complaint and affidavit underlying such documents in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 6/18/13

_____
The Honorable Dale A. Drozd
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS

1